IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| LINDA D. COOPER-IGWEBUIKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:10-cv-02182-PKH |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**Joint Rule 26(f) Report**

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 26.1, and the Court's Initial Scheduling Order (Dkt. No. 8), the parties held their Rule 26(f) conference by telephone on April 27, 2011 and submit their views and proposals on the following issues.

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a):

   **Response:** None

2. Date when mandatory disclosures were or will be made.

   **Response:** May 11, 2011.

3. Subjects on which discovery may be needed.

   **Response:** The circumstances and the timing of Linda D. Cooper-Igwebuike's filing of her 2002 and 2003 federal income tax returns.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

   (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

   **Response:** Yes.

    (b)    the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

**Response:** The parties do not anticipate the disclosure or production of data beyond what is reasonably available to them in the ordinary course of business.

    (c)    the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

**Response:** The parties will produce the data in hard copy photocopy.

    (d)    whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

**Response:** Yes.

    (e)    other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

**Response:** None.

5.    Date by which discovery should be completed.

    **Response:** September 30, 2011.

6.    Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

    **Response:** None.

7.    Any orders, e.g., protective orders, which should be entered.

    **Response:** None.

8.    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

    **Response:** None.

9.    Any objections to the trial date of March 19, 2012.

    **Response:** None.

10.    Proposed deadline for joining other parties and amending pleadings.

    **Response:** June 30, 2011.

11.    Proposed deadline for completing discovery.

    **Response:** September 30, 2011.

12.    Proposed deadline for filing motions other than motions for class certification.

    **Response:** January 19, 2011.

13.    Class certification: in the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.

    **Response:** This issue is not relevant in this case.

The parties do not think that discovery in phases is necessary.  To the extent that the parties have responsive and privileged materials, they will designate these materials in a privilege log.  In addition, the parties contemplate that dispositive motions may be appropriate.

Dated: May 16, 2011.

                                             Respectfully submitted,

                                             CONNER ELDRIDGE
                                             United States Attorney

| | |
|---|---|
| /s/ Linda D. Cooper-Igwebuike | /s/ Sherra Wong |
| LINDA D. COOPER-IGWEBUIKE | SHERRA WONG, NY Bar #4894895 |
| 5320 Elm Street | Trial Attorney, Tax Division |
| Fort Smith, AR 72904 | U.S. Department of Justice |
| Telephone: (479) 785-5893 | Post Office Box 7238 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-1882 |
| | Fax: (202) 514-6770 |
| | E-mail: sherra.t.wong@usdoj.gov |
| | |
| *Plaintiff, pro se* | *Attorneys for Defendant* |