IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA D. COOPER-IGWEBUIKE                                                    PLAINTIFF

v.                                        Case No. 2:10-CV-02182

UNITED STATES OF AMERICA                                                     DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant United States of America's Motion for Summary Judgment (Doc. 12) is **GRANTED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 17th day of January, 2012.


*/s/ P. K. Holmes,* III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE